UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITY BAY CAPITAL LLC, a New York limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>BH&G HOLDINGS, LLC, a Nevada limited liability company; BH&G ENTERPRISES LLC, a Nevada limited liability company; GREEN MESA CAPITAL LLC, a Nevada limited liability company; MGP APEX 582 DEVELOPMENT, LLC, a Nevada limited liability company; MGP APEX 582 GUARANTY, LLC, a Nevada limited liability company; MGP APEX 582 MULTIFAMILY, LLC, a Nevada limited liability company; MULTIGREEN PROPERTIES, LLC, a Nevada limited liability company; and TRU DEVELOPMENT LLC; and DOES I through 50, inclusive,<br><br>      Defendants. | Case No. 2:21-cv-01790-RFB-EJY<br><br>**ORDER** |

      Before the Court is Defendants' Motion to Redact Previously Filed Document. ECF No. 9. Defendants' Motion seeks to redact Exhibits 5 and 6 of its Motion to Dismiss (ECF No. 7) because it contains personal identifiers, such as month of birth and the first five digits of a social security number. The Court considered Defendants' Motion and the documents sought to be redacted. The Court finds the redactions of Exhibits 5 and 6 contain personal identifying information the disclosure of which may lead to harm arising merely from disclosure to the public.

      Accordingly, IT IS HEREBY ORDERED that the Motion to Redact Previously Filed Document (ECF No. 9) is GRANTED.

      IT IS FURTHER ORDERED that Exhibits 5 and 6 of Defendants' Motion to Dismiss shall be redacted.

      DATED this 2nd day of December, 2021.

                                                             ELAYNA J. YOUCHAH<br>
                                                             UNITED STATES MAGISTRATE JUDGE