NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       jsmith@santoronevada.com

DANIEL WOTMAN, ESQ. (*Admitted Pro Hac Vice*)
**WOTMAN LAW PLLC**
250 Park Avenue, 7th Floor
New York, New York 10177
Tel.: (646) 774-2900
Email: dwotman@wotmanlaw.com

*Attorneys for Plaintiff City Bay Capital LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITY BAY CAPITAL LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>BH&G HOLDINGS, LLC, *et al.*,<br><br>                          Defendants. | Case No.  2:21-cv-01790-RFB-EJY<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br>**(Fifth Request)** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-4, City Bay Capital LLC ("***Plaintiff***"), by and through its attorneys of record, Nicholas J. Santoro, Esq. and Jason D. Smith, Esq. of the law firm Santoro Whitmire and Daniel Wotman, Esq. of the law firm Wotman Law, Defendants BH&G Holdings, LLC, BH&G Enterprises LLC, Green Mesa Capital LLC, MGP Apex 582 Development, LLC; MGP Apex 582 Guaranty, LLC; MGP Apex 582, Multifamily, LLC, MultiGreen Properties, LLC, and Tru Development LLC (collectively, "***Defendants***"), by and through their attorneys of record, Karen L. Bashor, Esq. and I-Che Lai, Esq. of the law firm Wilson

Elser Moskowitz Edelman & Dicker LLP and Bethany W. Kristovich, Esq. and James R. Salzmann, Esq. of the law firm Munger, Tolles & Olson LLP, hereby stipulate to amend the November 28, 2022 Scheduling Order (ECF No. 45) to extend the January 19, 2022 jurisdictional discovery deadline and the discovery schedule by forty five (45) days while the parties continue to finalize settlement negotiations.

**I.     STATEMENT OF DISCOVERY COMPLETED**

On June 17, 2022, the parties submitted a Stipulated Discovery Plan and Scheduling Order, following the parties' participation in the Rule 26(f) conference. (ECF No. 26). After review, the Court issued the operative discovery plan. (ECF No. 27). This Court also previously ordered that jurisdictional discovery be completed on or before December 5, 2022 (ECF No. 43). Since then, the parties have engaged in discovery as outlined below:

1.  Plaintiff served several third parties with subpoenas *duces tecum*;
2.  Defendants produced a Supplemental Declaration of Randy C. Norton and documents in furtherance of jurisdictional discovery, which was ordered by this Court on June 7, 2022 (*see* ECF No. 25);
3.  Plaintiff served in furtherance of jurisdictional discovery a subpoena to testify at a deposition in a civil action and a subpoena *duces tecum* upon Ricardo Alberto Melero, with Mr. Melero's appearance and production of documents scheduled for September 30, 2022, at 10:00 AM in Orlando, Florida. Due (initially) to Hurricane Ian's impact and the parties' engagement in settlement negotiations, Mr. Melero's deposition was postponed.
4.  Plaintiff prepared and engaged a process server to serve a revised subpoena to testify at a deposition in a civil action and a subpoena *duces tecum* upon Ricardo Alberto Melero, with Mr. Melero's appearance and production of documents scheduled for December 5, 2022, at 10:00 AM in Orlando, Florida. Due (more recently) to the ongoing settlement discussions between the parties, including the transmittal of written settlement documents, the parties vacated the December 5

subpoena and subpoena *duces tecum* and continue to work toward resolution of this dispute.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

The parties anticipate the following discovery:

1. The parties may need to negotiate a protective order to facilitate the production of potential confidential documents. The parties may need to meet and confer regarding outstanding issues regarding the production of documents and written discovery responses and, if necessary, make appropriate motions to the Court;

2. Additional written discovery requests may also be required. Such discovery may include supplemental discovery requests, including requests for admissions and interrogatories;

3. Depositions of Plaintiff's witnesses;

4. Depositions of Defendants' witnesses;

5. Depositions of the parties;

6. Disclosure of expert witnesses and depositions of expert witnesses;

7. Additional third-party subpoenas *duces tecum* and for depositions (as needed); and

8. Potential motion practice to compel the production of documents (or otherwise unsatisfactory discovery responses), may also be needed.

## III. THE REASONS WHY THE REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This is the parties' fifth request for an extension of the discovery deadlines (the first three requests related only to an extension of the jurisdictional discovery deadline—to be cautious, the parties identified the most recent request as their fourth request for an extension of deadlines, though it was the first time the parties sought to continue all discovery dates). This request is only the second request to continue the complete set of discovery deadlines. Good cause exists for amending the jurisdictional discovery deadline of January 19, 2022, and the discovery schedule by forty-five (45) days. The parties continue to progress in settlement discussions which could be dispositive of the entire case, and they have not wanted to waste resources on potentially

unnecessary discovery during this process. From the date of the parties' last request for an extension of time, those settlement discussions have progressed. More specifically, the parties continue negotiating a settlement agreement and anticipate having same finalized shortly.

**IV.  ~~PROPOSED~~ DISCOVERY SCHEDULE**

Except as indicated, the parties agree to the following proposed new deadlines:

| EVENT | CURRENT DEADLINE | ~~PROPOSED~~ NEW DATE |
|---|---|---|
| Jurisdictional Discovery (pursuant to ECF No. 43) | 1/19/2023 | 3/10/2023 |
| Discovery Cutoff | 6/1/2023 | 7/17/2023 |
| Amending Pleadings and Adding Parties | 3/3/2023 | 4/18/2023 |
| Initial Experts Disclosures/Reports | 4/3/2023 | 5/18/2023 |
| Rebuttal Experts Disclosures/Reports | 5/4/2023 | 6/19/2023 |
| Dispositive Motions | 7/3/2023 | 8/18/2023 |
| Joint Pretrial Order | 7/31/2023, or 30 days after resolution of dispositive motions or further order of the Court | 9/15/2023, or 30 days after resolution of dispositive motions or further order of the Court |

This is the fourth request for an extension of time to the jurisdictional discovery deadline, and the fifth overall request for any extension of time. This request is not sought for delay or any other improper purpose.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 4 -

The parties respectfully submit that the reasons, facts, and circumstances set forth above constitute good cause for the extension. This extension will not prejudice any of the parties, and no trial date has been scheduled.

Dated this 5th day of January 2023.

*/s/ Jason D. Smith*
Nicholas J. Santoro, Esq. (NBN 532)
Jason D. Smith, Esq. (NBN 9691)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
         jsmith@santoronevada.com

Daniel Wotman, Esq. (PHV)
**WOTMAN LAW PLLC**
250 Park Avenue, 7th Floor
New York, New York 10177
Tel.: (646) 774-2900
Email: dwotman@wotmanlaw.com

*Attorneys for Plaintiff City Bay Capital LLC*

Dated this 5th day of January 2023.

*/s/ Bethany W. Kristovich*
Karen L. Bashor, Esq. (NBN 11913)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel.: (702) 727-1400 / Fax: (702) 727-1401
Email: karen.bashor@wilsonelser.com

Bethany W. Kristovich, Esq. (PHV)
James R. Salzmann, Esq. (PHV)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Tel.: (213) 683-9100 / Fax: (213) 687-3702
Email: bethany.kristovich@mto.com
         james.salzmann@mto.com

*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: January 5, 2023